DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELY A. BELLORIN,**
Appellant,

v.

**QUANTUM FOUNDATION, INC. d/b/a JFK MEDICAL CENTER, ETC.,**
Appellee.

No. 4D19-367

[February 27, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 2016CA007346.

Douglas F. Eaton of Eaton & Wolk, PL, Miami, for appellant.

Donna M. Krusbe of Billing, Cochran, Lyles, Mauro, & Ramsey, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***